# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KURT KANAM,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY OF TUMWATER, *et al.*,<br><br>          Defendants. | CASE NO. 3:20-cv-05786-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 16) and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**, that the complaint is dismissed without prejudice, and that the matter is closed.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 23rd day of November, 2020.

_____
ROBERT J. BRYAN
United States District Judge